# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MULLEN, GRAHAM C. | 2. Court or Organization  WESTERN DISTRICT OF N.C. | 3. Date of Report  07/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

230 CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NC 28202

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Life Member | Duke University Law School Board of Visitors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Gold Card | J |
| 2. | Barclay Card | MasterCard | J |
| 3. | American Airline | MasterCard | J |
| 4. | Bank of America | Visa | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BRANCH BANK & TRUST CO. (Bank Accounts) | A | Interest | K | T | | | | | |
| 2. Smith Barney Money Market Fund (See explanation) | C | Int./Div. | K | T | | | | | |
| 3. Smith Barney Money Market Fund (See explanation) | A | Dividend | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. Central Fund - Canada | A | Dividend | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. Intel Corp. | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. Merck & Co. | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. General Electric | A | Dividend | | | Sold | 06/20/17 | J | A | |
| 14. | | | | | | | | | |
| 15. Starbucks | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. TEVA Pharmaceuticals | A | Dividend | | | Sold | 06/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Permanent Portfolio | A | Dividend | J | T | | | | | |
| 19. | | | | | | | | | |
| 20.   Apple | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22.   Goldman Sachs Rising Div | A | Dividend | J | T | | | | | |
| 23. | | | | | | | | | |
| 24.   IRA (See explanation) | | | | | | | | | |
| 25.   -- Loomis Sayles Funds IT Strategic Inc. Fund | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 26. | | | | | Sold (part) | 07/25/17 | J | A | |
| 27. | | | | | | | | | |
| 28.   -- Columbia Contrarian Core Fd Cl Z | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 29. | | | | | Sold (part) | 07/25/17 | J | A | |
| 30. | | | | | | | | | |
| 31.   -- Oppenheimer Int'l Small Co. Fund | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 32. | | | | | Sold (part) | 07/25/17 | J | A | |
| 33. | | | | | | | | | |
| 34.   -- Fidelity Advisor SPR 1 Leveraged Co Hb Fund | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/25/17 | J | A | |
| 36. | | | | | | | | | |
| 37. -- Blackrock Global Allocation | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 38. | | | | | Sold (part) | 07/25/17 | J | A | |
| 39. | | | | | | | | | |
| 40. -- Columbia Select Large Cap Growth Fd | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 41. | | | | | Sold (part) | 07/14/17 | J | A | |
| 42. | | | | | Sold (part) | 07/25/17 | J | A | |
| 43. | | | | | | | | | |
| 44. -- Delaware Pooled TR Diversified Inc Fd | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 45. | | | | | Sold (part) | 07/25/17 | J | A | |
| 46. | | | | | | | | | |
| 47. -- First Eagle Fds Global Fd | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 48. | | | | | Sold (part) | 07/25/17 | J | A | |
| 49. | | | | | | | | | |
| 50. -- Templeton Fds - TR Global Bd Advisor | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 51. | | | | | Sold (part) | 07/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.  -- MFS - Int'l New Discovery Fd | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 54. | | | | | Sold (part) | 04/13/17 | J | A | |
| 55. | | | | | Sold (part) | 07/25/17 | J | A | |
| 56. | | | | | | | | | |
| 57.  -- Neuberger Berman Income New Strategic Fd | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 58. | | | | | Sold (part) | 07/25/17 | J | A | |
| 59. | | | | | | | | | |
| 60.  -- John Hancock Fds II Strategic Income Opptys | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 61. | | | | | Sold (part) | 07/25/17 | J | A | |
| 62. | | | | | | | | | |
| 63.  -- Paxworld FDS SER TRI-PRSIX | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 64. | | | | | | | | | |
| 65.  -- Putnam FDS TR Capital Spectrum FD PVSYX | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 66. | | | | | Sold (part) | 02/13/17 | J | A | |
| 67. | | | | | Sold (part) | 04/13/17 | J | A | |
| 68. | | | | | Sold (part) | 07/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. -- Undiscovered Mgr Behavioral Val UBVLX | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 71. | | | | | Sold (part) | 10/13/17 | J | A | |
| 72. | | | | | | | | | |
| 73. Mosaic | A | Dividend | | | Sold | 07/18/17 | J | | |
| 74. | | | | | | | | | |
| 75. NORTHWESTERN MUTUAL (NML) INSURANCE POLICIES | | | | | | | | | |
| 76. -- NML Whole Life Policy 1 | A | Dividend | K | T | | | | | |
| 77. -- NML Whole Life Policy 2 | A | Dividend | K | T | | | | | |
| 78. -- NML Whole Life Policy 3 | A | Dividend | K | T | | | | | |
| 79. -- NML Whole Life Policy 4 | A | Dividend | K | T | | | | | |
| 80. -- NML Extraordinary Life Policy 5 | B | Dividend | K | T | | | | | |
| 81. -- NML Adjustable Comp Policy 6 | D | Dividend | L | T | | | | | |
| 82. -- NML 65 Life Policy 7 | A | Dividend | J | T | | | | | |
| 83. -- NML 65 Life Policy 8 | A | Dividend | J | T | | | | | |
| 84. -- NML Whole Life Policy 9 | A | Dividend | J | T | | | | | |
| 85. -- NML Whole Life Policy 10 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. Chart Indus | | None | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. Clearbridge Energy (EMO) | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. Cousins Properties | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. Blackstone Group | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 94. | | | | | | | | | |
| 95. Iconix Brand | A | Dividend | | | Sold | 01/30/17 | J | | |
| 96. | | | | | | | | | |
| 97. Clearbridge Ener MLP | A | Dividend | J | T | | | | | |
| 98. | | | | | | | | | |
| 99. US Global Inv | A | Dividend | | | Sold | 07/18/17 | J | | |
| 100. | | | | | | | | | |
| 101. Capital Sr. Living | | None | J | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First Trust MLP | A | Dividend | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. Freeport McMoran | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. Northfield Bank | A | Dividend | | | Sold | 07/18/17 | J | B | |
| 108. | | | | | | | | | |
| 109. Sonoma Pharmaceuticals | | None | J | T | Buy (add'l) | 01/27/17 | J | | |
| 110. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 111. | | | | | | | | | |
| 112. Silver Wheaton | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. S&W Seed | | None | | | Sold | 12/20/17 | J | | |
| 115. | | | | | | | | | |
| 116. Shopify | | None | J | T | Buy | 08/03/17 | J | | |
| 117. | | | | | | | | | |
| 118. iShares Core Int's Stock ETF | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Financial Select SPDR Fund | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 121. | | | | | | | | | |
| 122. iShares Core Total US Stock | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 123. | | | | | | | | | |
| 124. Fitbit | | None | | | Sold | 01/30/17 | J | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. SELF INITIATED AMENDMENT FOR 2016 | | | | | | | | | |
| 128. Fitbit | | None | J | T | Buy | 02/22/16 | J | | |
| 129. AGXXF | A | Dividend | | | Sold | 12/02/16 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXPLANATION OF LINE ITEMS CONTAINED IN PART VII.

Lines 2 and 3 - Smith Barney Money Market fund includes deposits in that fund which the broker has moved into their Bank Deposit program.

Line 24 - The IRA was established from my Thrift Savings Plan, all capital gains and dividends are re-invested. Periodically, small numbers of shares are sold to pay the trustee's fees. These are reported. All dividents are reinvested.

Line 124 -- See Self-Initated Amendment to the 2016 Report

Lines 126, 127, 128  -- SELF-INITIATED AMENDMENT TO THE 2016 REPORT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GRAHAM C. MULLEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544